AO 247 (2/08) Order Regarding Motion for Sentencing Reduction

# UNITED STATES DISTRICT COURT
## District of Oregon

FILED '08 SEP 08 12:16 USDC-ORP

UNITED STATES OF AMERICA
v.

**ORDER FOR SENTENCE REDUCTION**

Olance Antjuan Upton

Case Number: CR 05-299 BR
USM No. 69306-065

Date of Previous Judgment: March 12, 2007
(Use Date of Last Amended Judgment if Applicable)

Steve Sady
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  _X_ the defendant  __ the Director of the Bureau of Prisons  __ the court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** the motion is:
__ DENIED.   _X_ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _180_ months **is reduced to** _168_ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 34 | Amended Offense Level: 34 * |
| Criminal History Category: VI | Criminal History Category: VI |
| Previous Guideline Range: 262 to 327 months | Amended Guideline Range: 262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

__ The reduced sentence is within the amended guideline range.
_X_ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reductions, and the reduced sentence is comparably less than the amended guideline range.
_X_ Other (explain):
* The Court determined the base offense level should be reduced to 32, but the career offender adjustment still applied resulting in a adjusted offense level of 37 which, with acceptance of responsibility, resulted in the same total offense level of 34.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _March 12, 2007_ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: September 8, 2008

Anna J. Brown
ANNA J. BROWN, UNITED STATES DISTRICT JUDGE

Effective Date: _September 4, 2008_
(if different from order date)

Pg. 1 - ORDER FOR SENTENCE REDUCTION