# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:05-cr-00299-BR |
| v. | ORDER ON PARTIES' JOINT MOTION FOR SENTENCE |
| OLANCE ANTJUAN UPTON, | REDUCTION UNDER SECTION 404 OF THE FIRST STEP ACT OF 2018 |
| **Defendant.** | |

This matter having come before the Court on the parties' Joint Motion for Sentence Reduction under Section 404 of the First Step Act of 2018,

IT IS HEREBY ORDERED that Defendant's sentence be reduced to time served effective two weeks from the date this order is signed and filed, as requested in parties' joint motion.

DATED this 15th day of April, 2019.

_____
The Honorable Anna J. Brown
Senior United States District Court Judge

Submitted by:

_____
Ryan Costello
Assistant Federal Public Defender